CRIMINAL PROCEEDINGS — U.S. DISTRICT COURT, EASTERN DISTRICT OF VA, RICHMOND DIVISION

JUDGE: Novak
REPORTER: FTR
DOCKET NO. 3:15CR201(JRS)
DATE: 1-27-16

UNITED STATES OF AMERICA
COUNSEL
v.

1. DAVID WAYNE SCHNEIDER — 54 yrs old        1. John A. March, Jr.
2. _____                                    2. _____
3. _____                                    3. _____
4. _____                                    4. _____

APPEARANCES: GOVERNMENT Margaret W. Reed (✓)
DEFENDANT WITH COUNSEL (✓)   DEFENDANT WITHOUT COUNSEL ( )
DEFENDANT NOT PRESENT ( )    WAIVER OF APPEARANCE FILED ( )

BAIL STATUS: PR   DEFENDANT ON BOND ( )   DEFENDANT INCARCERATED ( )   BOND NOT SET ( )

TYPE OF PROCEEDINGS: ARRAIGNMENT (✓)   REARRAIGNMENT/GUILTY PLEA ( )   MOTIONS ( )
OTHER: Initial (✓)
Deft advised of charges/penalties and rights.

PRELIMINARY PROCEEDINGS:
WAIVER OF INDICTMENT EXECUTED, FILED (✓)
CRIMINAL INFORMATION FILED ( )
OTHER (✓) Rule 11 Waiver

ARRAIGNMENT PROCEEDINGS: CRIMINAL INFORMATION

| DEFENDANT(S) | WFA | FA | GUILTY | NG | JURY | WAIVED | 30-DAY WAIVER |
|---|---|---|---|---|---|---|---|
| 1 Criminal Information | | | ✓ | | | | |
| 2 | | | | | | | |
| 3 | | | | | | | |

GUILTY PLEA PROCEEDINGS:
DEFENDANT WITHDREW PLEA OF NG AS TO COUNT(S) _____ ( )
DEFENDANT ARRAIGNED ON COUNT(S) 1-3 Criminal Info (✓)
PLEA BARGAIN AGREEMENT FILED (✓)
STATEMENT OF FACTS FILED (✓)   USED AS SUMMARY (✓)
DEFENDANT ENTERED PLEA(S) OF GUILTY AS TO COUNT(S) 1-3 (✓)
COURT ACCEPTED PLEA (✓)   GOVERNMENT SUMMARIZED EVIDENCE (✓)
JUDGMENT: DEFENDANT GUILTY AS CHARGED IN COUNT(S) 1-3 (✓)
PRESENTENCE REPORT ORDERED (✓)   P.S.I. WAIVED ( )
SENTENCING GUIDELINE ORDER ENTERED (✓)

BOND HEARING PROCEEDINGS:
DEFENDANT CONTINUED ON PRESENT BOND ( )   DEFT REMANDED ( )
DEFENDANT PLACED ON PR BOND IN AMOUNT OF $_____ ( )
BENCH WARRANT TO ISSUE ( )   MOTION DENIED ( )

OTHER PROCEEDINGS:
( ) Government motion to unseal Indictment; granted.
( ) Motions to be filed within ___ days; Responses due ___ days thereafter; ___ days for Reply. Contact Chambers to schedule oral argument, if necessary.
( ) Jury Instructions to be filed one (1) week prior to trial.
( ) Agreed Discovery Order presented; entered by Court.
( ) Motion of Defendant(s) for continuance of trial beyond 70 days; granted.

CASE CONTINUED TO: April 21, 2016 AT 9:00 A.M. FOR SENTENCING

CASE SET: 11:15   BEGAN: 11:20   ENDED: 11:52   TIME IN COURT: 32