AO83  (Rev. 08/2010)  Summons in a Criminal Case

# *UNITED STATES DISTRICT COURT*

## EASTERN DISTRICT OF VIRGINIA
## RICHMOND DIVISION

### SUMMONS IN A CRIMINAL CASE

**UNITED STATES OF AMERICA**

**v.**                                                    **Case. No.  3:15-CR-00201**

**DAVID WAYNE SCHNEIDER**

(*please see additional page for personal identifiers*)

**YOU ARE HEREBY SUMMONED** to appear via ZOOM before the United States District Court at the place, date and time set forth below.

| | |
|---|---|
| PLACE: **ZOOMgov Hearing**<br>**UNITED STATES DISTRICT COURT**<br>**701 EAST BROAD STREET**<br>**RICHMOND, VIRGINIA 23219** | COURTROOM: VIA ZOOMgov<br>Email invite to be sent<br><br>DATE & TIME:<br>May 7, 2020 at 11:00 a.m. |

Before: The Honorable Roderick C. Young via ZOOMgov

To answer a(n):

☐ **Indictment**  ☐ **Superseding Indictment**  ☐ **Criminal Information**  ☐ **Complaint**
☐ **Order of Court**  ☐ **Sealed Order of Court**
☒ **Petition on Supervised Release**  ☐**Petition on Probation**
☐**Violation of Pretrial Release**  ☐**Violation Notice**

Charging you with a violation of:
Violating the terms of Supervised Release.

| | |
|---|---|
| _____ | 4/29/2020 |
| Signature of Issuing Officer | Date |
| | |
| M. L. Fulks, Deputy Clerk | |
| Name and Title of Issuing Officer | |