# CRIMINAL PROCEEDINGS — U.S. DISTRICT COURT, EASTERN DISTRICT OF VA, RICHMOND DIVISION

| | |
|---|---|
| JUDGE: YOUNG | DOCKET NO. 3:15CR201 |
| REPORTER: FTR | DATE: May 7, 2020 |

| UNITED STATES OF AMERICA | COUNSEL |
|---|---|
| v. | |
| 1. David Wayne Schneider | 1. Taylor B. Stone |

\*\*\*Defendant appeared via Zoom

**APPEARANCES:** GOVERNMENT  Michael C. Moore  ( X )
DEFENDANT WITH COUNSEL ( X )   DEFENDANT WITHOUT COUNSEL (  )
DEFENDANT NOT PRESENT (  )   WAIVER OF APPEARANCE FILED (  )
INTERPRETER _____ (  )

**BAIL STATUS:** DEFENDANT ON BOND ( X )   DEFENDANT INCARCERATED (  )   BOND NOT SET (  )

**TYPE OF PROCEEDINGS:** INITIAL (  )  ARRAIGNMENT (  )  REARRAIGNMENT/GUILTY PLEA (  )
PRELIMINARY (  )  DETENTION (  )  MOTIONS (  )  OTHER: _____ (  )
INITIAL ON SUPERVISED RELEASE/PROBATION VIOLATION ( X )

**PRELIMINARY PROCEEDINGS:** WAIVER OF INDICTMENT EXECUTED, FILED (  )
CRIMINAL INFORMATION FILED (  )
OTHER (  ) _____

**INITIAL HEARING PROCEEDINGS:** DATE OF ARREST: _____  GOVT'S MOTION TO UNSEAL (  )
INITIAL APPEARANCE (  )
INITIAL APPEARANCE (SUPERVISED RELEASE/PROBATION) ( X )
COURT SUMMARIZED CHARGES ( X )  DEFT. ADVISED OF RULE 5 RIGHTS ( X )
FINANCIAL AFFIDAVIT (  )  COUNSEL TO BE APPOINTED (  )
DEFT TO RETAIN COUNSEL ( X )
GOVT'S MOTION TO DETAIN DEFT (  )  ORDER OF TEMP DETENTION (  )  DEFT REMANDED (  )

**PRELIMINARY HEARING PROCEEDINGS:** GOVT ADDUCED EVIDENCE (  )   DEFT ADDUCED EVIDENCE (  )
ARGUMENTS HEARD (  )  FINDINGS STATED FROM BENCH (  )
DEFT WAIVED HEARING (  )  PROBABLE CAUSE FOUND (  )
MOTION FOR CONTINUANCE (  )  GOVT (  )  DEFT (  )  DEFT REMANDED (  )
WITNESS(ES) _____
_____
_____
_____

**DETENTION HEARING PROCEEDINGS:** GOVT ADDUCED EVIDENCE (  )   DEFT ADDUCED EVIDENCE (  )
ARGUMENTS HEARD (  )  FINDINGS STATED FROM BENCH (  )
DEFT WAIVED HEARING (  )  DEFENDANT CONTINUED ON PRESENT BOND (  )
DEFT HELD W/O BOND (  )  FLIGHT RISK (  )  DANGER (  )
DEFENDANT RELEASED ON PR BOND (  )  ELECTRONIC MONITORING (  )
3rd PARTY CUSTODIAN (  )  MOTION FOR CONTINUANCE (  )  GOVT (  )  DEFT (  )
DEFT REMANDED (  )  GOVT NOT SEEKING DETENTION ( X )
DEFT RELEASED ON SAME CONDITIONS AS PREVIOUSLY IMPOSED ( X )
WITNESS(ES) _____
_____
_____
_____

**CASE CONTINUED TO:** June 11, 2020 @ 3:00 p.m.   FOR  Revocation Hearing

CASE SET: 11:00    BEGAN: 11:00    ENDED: 11:05    TIME IN COURT: 5 Minutes